NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 24-7120

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

BRUNO K. MPOY,
APPELLANT,

v.

JOHN BURST, *et al.*,
APPELLEES.

ON APPEAL FROM A JUDGMENT OF THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**APPELLEES JOHN BURST AND MURIEL BOWSER'S
CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

A.  *Parties and amici.*—Plaintiff below and appellant here is Bruno K. Mpoy.  Defendants below and appellees here are John Burst, Donielle Powe, and Muriel Bowser.  There were no *amici curiae* in the district court.

B.  *Rulings under review.*—The ruling of the district court (Howell, J.) under review is the Memorandum Opinion and Order dated July 16, 2024 (ECF Nos. 24 & 25) granting appellees Burst and Bowser's motion to dismiss, denying Mpoy's motion for leave to amend the complaint, denying as moot Mpoy's motion to appoint

counsel, and granting Mpoy's sealed motion for leave to file medical records under seal. This opinion is unreported but available on Westlaw at 2024 WL 3443605.

  C. *Related cases.*—This case has not previously been before this Court or any other court. Counsel is not aware of any pending related cases within the meaning of Circuit Rule 28(a)(1)(C). Mpoy previously filed a nearly identical case in the district court that was dismissed without prejudice for failure to state a claim. *See Mpoy v. District of Columbia*, No. 1:22-cv-2501-BAH, 2023 WL 5846679 (D.D.C. Sept. 11, 2023).

        Respectfully submitted,

        BRIAN L. SCHWALB
        Attorney General for the District of Columbia

        CAROLINE S. VAN ZILE
        Solicitor General

        ASHWIN P. PHATAK
        Principal Deputy Solicitor General

        GRAHAM E. PHILLIPS
        Deputy Solicitor General

        /s/ Marcella Coburn
        MARCELLA COBURN
        Assistant Attorney General
        Bar Number 1616416
        Office of the Solicitor General

        Office of the Attorney General
        400 6th Street, NW, Suite 8100
        Washington, D.C. 20001
        (202) 724-5693
September 2024        marcella.coburn@dc.gov